IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CHRISTOPHER ROSS LEFEVER,
    Petitioner,                           Civil Action No. 7:14-cv-00600

v.                                               FINAL ORDER

UNITED STATES OF AMERICA,        By:    Hon. Michael F. Urbanski
    Respondent.                                United States District Judge

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that the United States' motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**; and the case is **STRICKEN** from the active docket.

                                             Entered: June 19, 2015

                                             /s/ Michael F. Urbanski

                                             Michael F. Urbanski
                                             United States District Judge