CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 31 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CHRISTOPHER ROSS LEFEVER,
    Petitioner,

                           Civil Action No. 7:14-cv-00600

v.                               ORDER

UNITED STATES OF AMERICA,       By:   Hon. Michael F. Urbanski
    Respondent.                    United States District Judge

       Presently before the court are pro se Petitioner's motion to appoint counsel and motion to stay. Because this action was dismissed four weeks prior to Petitioner filing these motions, the motions are **DENIED** as moot.

       The Clerk shall send a copy of this Order to the parties.

       It is so **ORDERED**.

       **ENTER**: This 31st day of July 2015.

                   /s/ Michael F. Urbanski
                      United States District Judge